# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

PHAROAH SPENCER and STEVEN KING

(Name and Address of Defendant)

FILED

MAY 2 8 2003

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

03CR 545

CRIMINAL COMPLAINT

CASE NUMBER:

MAGISTRATE JUDGE LEVIN

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about January and February 2003 in Cook County, in the Northern District of Illinois defendant(s) did, (Track Statutory Language of Offense)

conspire to possess with intent to distribute and distribute in excess of 50 grams of a substance containing cocaine base

DOCKETED
JUN 2 2003

in violation of Title 21 United States Code, Section(s) 841(a)(1) and 846.

I further state that I am a(n) Special Agent of the Federal Bureau of Investigation and that this complaint is based on
Official Title

the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: X Yes ___ No

Signature of Complainant JAMES R. CHATTO

Sworn to before me and subscribed in my presence,

May 28, 2003
Date

at Chicago, Illinois
City and State

MAGISTRATE JUDGE IAN H. LEVIN
Name & Title of Judicial Officer

Signature of Judicial Officer

)
)
______)

AFFIDAVIT

I, James R.Chatto, being first duly sworn on oath, state as follows:

I am a Special Agent of the FEDERAL BUREAU OF INVESTIGATION (FBI) and have been so employed for approximately six months. I am also a duly licensed attorney in the state of Minnesota. Before becoming an FBI agent, I was employed by the State of Minnesota as a public defender for five years. As an FBI Special Agent I am an investigative and law enforcement officer of the United States empowered by law to conduct investigations of and make arrests for narcotics violations under Title 21, United States Code and other offenses under Title 18, United States Code.

Through my training and discussions with experienced law enforcement agents, I am familiar with the ways in which drug traffickers conduct their unlawful trade.

This affidavit is submitted in support of an application for a search warrant to search and seize evidence, including records and instrumentalities of violations of Title 18, United States Code, Section 841 and 846, committed by PHAROAH SPENCER, STEVEN M. KING and others. This affidavit is also submitted in support of application for arrest warrants and complaints for Steven M. King and Pharoah Spencer. This is

a joint investigation being conducted by the FBI and ILLINOIS DEPARTMENT OF CORRECTIONS.

The property to be searched is 7617 South May, Chicago, Illinois, ("subject property"), which is the residence of Pharoah Spencer, including the garage, storage containers, concealed compartments, and safes located on the subject property. The property to be searched is described more fully in attachment A.

The facts set forth below are based on my own personal knowledge, and information provided to me by and other law enforcement officers involved in this investigation, in particular FBI agents Charles M. Peters and James P. Roache, who have been involved in this investigation since the beginning of this investigation.

Since this affidavit is submitted for the limited purpose of establishing probable cause, this affidavit does not contain a detailed account of everything I know about the individuals and events described herein. This affidavit sets forth only those facts which I believe are necessary to establish the required foundation for a search warrant and for arrest warrants.

Agent Peters, who has been an FBI agent for 27 years, has informed me that in his experience, individuals involved in drug trafficking often have large amounts of cash which they must account for and also maintain an inventory of the drugs they sell. In addition, they maintain drug paraphernalia, including scales, packaging material and products such as pans, spoons and burners which are used to process powder cocaine

into crack cocaine and may contain cocaine residue. According to Agent Peters, drug dealers also maintain records and telephone numbers concerning customers and suppliers of these drugs. In Agent Peter's experience, as well as the experience of other agents with whom I have spoken, drugs, cash, drug paraphernalia and records are maintained in the drug dealer's residence. In particular, drug dealers who conduct business from their home, either by arranging drug deals on the phone at their residence, meeting with co-conspirators at the home, or by storing drugs at the home, also keep records concerning their business at their residence. These records are often kept hidden in locations in both the home and the garage. These records include telephone numbers of co-conspirators, customers and suppliers, and ledgers documenting the purchase and sale of drugs and the identity of suppliers and customers. These records are sometimes kept on loose pieces of paper which are often kept in the home, in cases where the drug dealer conducts part of his business out of the home.

Beginning in December 2002, and continuing through the present, this investigation has involved PHAROAH SPENCER and Steven King. King is a Correctional Officer at STATEVILLE PRISON in Joliet, Illinois. Another Correctional Officer at Stateville is cooperating with this investigation and is referred to in this affidavit as CW 1.

CW 1 is an individual who has been arrested and charged in a criminal complaint in the Northern District of Illinois with a violation of Title 21, United States Code, Section 841. CW 1 has admitted that she brought drugs and

other contraband into the prison for use by the inmates, and has violated prison regulations by engaging in sexual acts with two inmates. CW 1's information has been corroborated by taped conversations, surveillance, physical evidence, interviews, and documentary evidence. CW 1 has informed Agent Charles Peters who has informed this affiant that she had a sexual relationship with Steven King, who is also a correctional officer at Stateville, and that the sexual relationship ended when she began cooperating with the government on December 13, 2002. CW 1 has also informed law enforcement officers that on December 12, 2002, right before they both started their 3:00 pm shift as Corrections Officers, King and CW 1 had a conversation which took place at the dormitories on the grounds of Stateville Prison, where King and CW 1 both live. During the conversation, King told CW 1 that he did not have time to go to lunch with her, because he had to go pick up one or two pounds, and it was not sugar. CW 1 understood King to be referring to drugs.

According to CW 1, on December 20, 2002, after finishing their shifts, CW 1 and Correctional officer Steven King engaged in an unrecorded conversation in which King told CW 1 that he had previously received $3000 for bringing heroin into the prison. King added that he only does "it" for people he has known a long time on the streets. On December 27, 2002, at the direction of FBI agents, CW 1 had a recorded conversation with Correctional Officer STEVEN KING at the STATEVILLE PRISON. Correctional Officer KING agreed to arrange for CW 1 to obtain drugs from an individual KING knew. King

stated that he would arrange for CW 1 to obtain the drugs, however, he would not transport it himself. During the conversation, King told CW 1 that he could get her one ounce for two, an "eight ball" for 150, an ounce for 320 or two and a "cutie pie" for 600.

On January 7, 2003, CW 1 had another recorded conversation with Correctional Officer KING in which CW 1 requested that Correctional Officer KING provide her with one half ounce of crack cocaine. Correctional Officer KING used CW 1's cellular telephone to place a call to KING's contact, later identified as Pharoah Spencer. KING had a conversation with his contact in which he stated that he wanted a "Cutie Pie" and would meet with the individual on Friday. After the call, King acknowledged to CW 1 that he could get her a half ounce of crack cocaine. After this conversation, CW 1 met with Agent Peters and provided Agent Peters with her cellular telephone. Agent Peters determined from viewing the recent call display that Correctional Officer KING had called 773/495-1714 when he had borrowed CW 1's phone.

Telephone number 773/495-1714 was determined to be a telephone number offered by SPRINT TELEPHONE COMPANY. SPRINT's records disclosed that this telephone number is subscribed by PHAROAH SPENCER at 7617 South May, Chicago, Illinois. This telephone number is assigned to a cellular telephone.

On January 8, 2003, CW 1 engaged in an unrecorded in-person conversation with King, in which King stated that he was going to bring his girlfriend with him because the girlfriend had sold drugs for King in the past, and, since he was bringing

his girlfriend, he was not going to bring CW 1.

On January 10, 2003, CW 1 and her vehicle were searched by law enforcement officers, and Agent Peters provided CW 1 with $600. CW 1 then met with Correctional Officer KING and engaged in a recorded conversation with King during which she counted out the $600. CW 1 has informed Agent Peters that she gave the $600 to King. Also during this recorded conversation, King told CW 1 that his role is to bring it to CW 1, however, he doesn't want to be involved in how she brings it into the prison. Subsequent to this in-person meeting, King again engaged in a recorded conversation with CW 1 and told her that he was not going to bring her the drugs because he could not wait for them as a result of other commitments, he had paid the supplier the $600, and the supplier would call her to arrange to deliver the drugs to her.

On the same date, January 10, 2003, at approximately 12:37 p.m., during a debriefing with Agent Peters, CW 1 received an incoming telephone call on her cellular telephone. The calling telephone number was 773/495-1714 (PHAROAH SPENCER's telephone). According to CW 1, during the ensuing unrecorded conversation, the individual calling CW 1 introduced himself as PHAROAH and told CW 1 that he would be leaving the city at 12:50, and would meet her at the McDonald's near the prison in Joliet. PHAROAH told CW 1 he would be driving a gold colored station wagon and described himself as "wearing dreadlocks". CW 1 related to Agent Peters that she had previously met this individual at the Stateville Prison dormitory where he was introduced to her as King's friend.

CW 1 did not meet with Pharoah on January 10, 2003, because he never showed up at the McDonald's and, instead, telephoned her and told her he was back in Chicago.

On January 15, 2003, at 9:40 a.m., CW 1 called Pharoah at telephone number 773/495-1714 and engaged in a conversation for which Pharoah's side of the conversation was not recorded. According to CW 1, during the conversation. Pharoah agreed to meet CW 1 at 11:30 at the TOYS R US store parking lot located at 87th Street and the Dan Ryan Expressway in Chicago, Illinois for the purpose of delivering one half ounce of crack cocaine. During the conversation, Pharoah told CW 1 that his address was 7617 South May, Chicago, Illinois.

On January 15, 2003, CW 1 and her vehicle were searched and she then proceeded to the Toys R Us parking lot. On January 15, 2003, at 11:40 a.m., two black males were observed by surveillance agents leaving the residence at 7617 South May, Chicago, Illinois and entering a gold Oldsmobile station wagon bearing an Illinois temporary license 3613562. At 11:53 a.m., surveillance agents observed the gold station wagon enter the TOYS R US parking lot and park next to CW 1. Surveillance agents observed an individual enter CW 1's vehicle. CW 1 and the individual then engaged in a recorded conversation during which CW 1 and the individual discussed engaging in future transactions. Surveillance agents observed the individual enter and exit CW 1's vehicle. Surveillance agents have observed the Illinois Identification card for Pharoah Spencer, 7617 South May, Chicago, Illinois, and have identified Pharoah Spencer as the individual who met with CW 1. At 11:58

a.m., SPENCER departed the TOYS R US parking lot and was observed in front of 7617 South May at 12:15 p.m. SPENCER was then seen entering this residence. After CW 1 met with Spencer, surveillance agents followed her to a pre-arranged meeting location. At the location, she and her vehicle were searched and she met with Agent Peters and other law enforcement officers. CW 1 indicated that Pharoah took the drugs out of his jacket pocket, and, at her direction, put the drugs in a Rain X box in her glove compartment. CW 1's car was searched and a plastic bag containing an off white rocky substance was found in a Rain X Box in the glove compartment. The substance tested positive for cocaine base and had a net weight of 15.1 grams, which is slightly more than a half ounce.

On January 23, 2003, at approximately 1:18 p.m., CW 1 met with Steven King, and, at the direction of Agent Peters, engaged in a recorded conversation with King. During the conversation, King told CW 1 that an ounce of cocaine would cost her $1,050. King also stated that he wants to arrange the transaction in the same manner as the last time where he will meet with the supplier, and then CW 1 will pick up the drugs. King told CW 1 during the conversation that his payment for his role in the transaction will be her forgiveness of a $150 debt he owes her. King and CW 1 agreed that the transaction would take place on Monday January 27th. King and CW 1 agreed that they would speak Monday morning to make the final arrangements for the transaction. At approximately 1:30 p.m., on January 23, 2003, in the presence of CW 1 and using CW 1's telephone, King engaged in a telephone conversation for which his side of the

conversation was recorded by the recording device CW 1 was wearing, in which King spoke in code, stating that he needs a "white girl", a "big bitch", for Monday. Near the end of the call, CW 1 complained that King was not paying for the minutes he was using on her cellular phone. Telephone records for Pharoah Spencer's cellular phone show that a call was made from CW 1's cellular phone to Spencer's cellular phone at 1:31 p.m., on January 23, 2003.

On Monday January 27, 2003, at approximately 9:03 a.m., in the presence of FBI agent James Roache, CW 1 received a telephone call on her cell phone. The caller identification feature on her cellular phone revealed that the call came from telephone number 630-834-1927, which is subscribed to by Jeanette Watson, 623 S. Iowa, Addison, Illinois. Donjeanique Watson's arrest record indicates that she lives at 623 S. Iowa, Addison, Illinois. In addition, the Will County States Attorney's office has confirmed that Steven King was arrested for failure to pay child support to Donjeanique Watson. Moreover, CW 1 has identified a photo of Donjeanique Watson as being a woman who King has introduced to her as his girlfriend. CW 1's side of the conversation was recorded, however, King's side of the conversation was not recorded because the recording device malfunctioned. According to CW 1, during the ensuing conversation, King told her that he would not be present during the transaction because he was with his children. King confirmed the price for the cocaine to be $1,050. King also told her that he would contact the guy and have him call CW 1 directly. Pharoah Spencer's phone records indicate that at 9:05

a.m. and 9:23 a.m., phone calls were made from 630-834-1927 to telephone number 773-495-1714, which is subscribed to by Pharoah Spencer. At 9:14 a.m., CW 1 received a telephone call from a number, which was identified by the caller id feature on her phone as 773 495 1714. The ensuing conversation between CW 1 and Pharoah Spencer was recorded. During the conversation, Spencer acknowledged that he had already spoken to him (King), everything is ready, and Spencer would meet her at 11:00 a.m. at the same place. According to CW 1, at approximately 9:25 a.m., she received another call from King during which King asked CW 1 if she had heard from Pharoah, and CW 1 asked King why he would not bring the drugs to her. King told CW 1 that she was too hot, which CW 1 understood to mean that King believed she was being watched by law enforcement officers. The call was not recorded, however, CW 1 was in the presence of Agent Roache, who heard her side of the conversation. Telephone records for 630-834-1927 indicate that at 9:25 a.m., on January 27, 2003, a call was made to CW 1's phone number.

After this call, law enforcement officers searched the person and car of CW 1. They also provided her with $1050 in United States Currency and activated a recording device and transmitter on her person. Surveillance agents then followed CW 1 as she drove to the Toys R Us parking lot at 87th and the Dan Ryan Expressway. At 10:43 a.m., CW 1 and Pharoah engaged in conversation in which her side of the conversation was recorded. According to CW 1, during the conversation, Pharoah told her that he was leaving to meet her. Telephone records show that a call was made from CW 1's cell phone to Pharoah

Spencer's cell phone at 10:44 a.m.. At 10:47 a.m., surveillance agents who had been surveilling 7617 South May, Chicago since 9:55 a.m., without observing any individuals enter or leave, observed two black males exit 7617 South May, enter a black Chevrolet Cavalier, and depart the area. At 10:58 a.m., the Black Cavalier was observed entering the Toys R Us parking lot. Surveillance agents observed the passenger exit the Cavalier. Agent James Roache observed this passenger and identified him as being Pharoah Spencer. After Spencer exited the vehicle, the vehicle departed north in the direction of Harold's Chicken. At 10:59 a.m., SPENCER entered CW 1's vehicle and engaged in a recorded conversation with CW 1. According to CW 1, she gave Pharoah the $1050 and told him to count it, and Pharoah put the cocaine in the glove compartment at her direction. During the recorded conversation, CW 1 can be heard stating " Put it in that", and she can also be heard telling Pharoah to "count that shit." Pharoah can be heard stating "28 even."[1] Also during the recorded conversation, CW 1 indicated that she is surprised that Steve is not getting any money off of this. Pharoah responded that Steve owes him so much money he isn't getting nothing. At approximately 11:02 a.m., Pharoah was observed departing CW 1's car. During the conversation with CW 1, Pharoah had asked her to drive him to Harold's Chicken, and she had refused. At approximately 11:07a.m., Agent Peters observed Pharoah Spencer walking north through the shopping mall parking lot in the direction of Harold's Chicken. At approximately

[1]An ounce of cocaine is approximately 28 grams.

11:46, a surveillance officer observed the black Cavalier arrive back at 7617 South May. The surveillance officer observed the same two individuals who had left the house at 10:47 a.m., exit the vehicle and enter 7617 South May. One of the individuals was carrying a Harold's Chicken bag.

At 11:03 a.m., surveillance agents watched CW 1 depart the Toys R Us parking lot and followed her to a pre-arranged location where CW 1 and her vehicle were searched, a plastic bag containing an off white rocky substance was recovered from her glove compartment, and the recording device and transmitter were retrieved.

Laboratory testing revealed that the off white rocky substance was cocaine base with a net weight of 27.5 grams.

On February 25, 2003, at 10:10 a.m., at the direction of Agent Peters, CW 1 telephoned Steven King, and the call was answered by an answering machine. At 10:12, King telephoned CW 1 and CW 1 and King engaged in a recorded conversation. Telephone records show that King made this call to CW 1 from cellular telephone number 773 209 4628 which is subscribed to by Maurice Campbell at 7617 South May, Chicago, Illinois. (Pharoah's address) King has told CW 1 that this is King's cellular telephone number. During the conversation, CW 1 told King that she needed to do an order today. King said he would call her right back after he made a call. CW 1 said she needed the same thing she got last time, and that she wanted to do a three way call. King responded that he would call her back. At 10:15 and again at 10:17, telephone records show calls from 773 209 4628 to Pharoah Spencer's cell phone number (773) 495

1714). At 10:20 a.m., Pharoah Spencer telephoned CW 1 and engaged in a recorded conversation. CW 1 asked Pharoah Spencer why he was calling her and Pharoah Spencer responded by asking CW 1, why do you think I'm calling you. Pharoah Spencer then stated that it was cool, and he would wait for her to call him. At 10:22 a.m., telephone records show that a call was made to 773 209 4628 from 773 495 1714. At 10:24 a.m., CW 1 telephoned King and engaged in a recorded conversation. During the conversation, King asked CW 1 why she had snapped on his man. CW 1 told King that she felt rushed and maybe the deal should be put off for another day. King responded that she had to do it now. King then asked CW 1 what arrangements he should make. CW 1 responded that he should arrange the deal the same as before. At 10:45 a.m., CW 1 again called King and engaged in a recorded conversation. CW 1 asked King if everything was straight. King responded that he (Pharoah Spencer ) said he was going to call right back. King added that he would call CW 1 after talking with him. Additional telephone calls were placed between 773 209 4628 and 773 495 1714 on February 25, 2003 at 10:31, 10:58, 10:59, 1:08, 1:09, 1:11, 1:31 and 1:33.

On February 25, 2003, at 11:01 a.m., King telephoned CW 1 and told CW 1 in a recorded conversation that he is going to meet you at 1:00. CW 1 responded that she could not meet at 1:00 because she has to be at work. King asked whether she could call in late, and CW 1 responded that she could not, because she had done that last time. King responded that she had not done that last time. King added that 1:00 was the only time he (Pharaoah Spencer) could meet. King added that CW 1 was

just scared, and CW 1 responded that he was the one who was scared. King responded that he was not getting involved in her affairs because she was too hot. CW 1 asked whether he would be around when she was not hot, and he said that he would be. She asked how long that would be, and he said when the smoke clears.

On February 25, 2003, at 12:39 p.m., CW 1 and her vehicle were searched, and Agent Peters provided CW 1 with $1,050 to purchase one ounce of crack cocaine from Pharoah Spencer. At 12:45 p.m., surveillance agents observed Pharoah Spencer depart his residence. At 1:18 p.m., surveillance agents observed Pharoah Spencer walk towards and enter CW 1's car in the Toys R Us parking lot. CW 1 and Pharoah Spencer then drove around the parking lot while being observed by surveillance agents. During the recorded conversation, CW 1 asked Pharoah Spencer if he was going to count it. Pharoah Spencer responded that he trusted CW 1 just like she trusted him that he wasn't going to short her. After Pharoah Spencer left the vehicle at 1:24 p.m., CW 1 was surveilled until she arrived at the pre-arranged meeting location. At the pre-arranged meeting location she and her vehicle were searched, and she reported to Agent Peters that Pharoah took the drugs out of his pocket, and, at her instruction, placed the drugs in a brown paper bag and put the bag in the glove apartment. Upon searching her vehicle the bag containing the drugs was recovered from the glove compartment. Laboratory testing revealed that the off white rocky substance was cocaine base with a net weight of 27.6 grams.

On April 14, 2003, the distance between 7617 South May, Chicago and the TOYS R US store at 87th Street and the Dan Ryan Expressway was measured by Agent Peters and found to be 2.6 miles. The travel time was eight minutes.

On the three deliveries, the time when PHAROAH SPENCER left his residence to the time he arrived at the meeting place was 23 minutes, 12 minutes, and 9 minutes.

A query with NCIC disclosed that PHAROAH SPENCER was arrested on May 26, 1995, in Chicago, Illinois for possession of cannabis.

An inquiry with the SECRETARY OF STATE's OFFICE revealed that PHAROAH SPENCER had an Illinois drivers license issued to him showing his address as 7617 South May, Chicago, Illinois. A Choice Point query showed that PHAROAH SPENCER with social security number 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 was residing at 7617 South May, Chicago, Illinois.

On May 27, 2003, Agent Peters spoke with CW 1 and CW 1 informed Agent Peters that during the middle of April she told King that she was cooperating with the FBI. Agent Peters had previously instructed CW 1 not to tell anyone other than her attorney that she was cooperating.

Based on the foregoing, there is probable cause to believe that Stephen King and Pharoah Spencer conspired to distribute crack cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and 846. There is also probable cause to believe that evidence of these crimes will be found in

the house and garage at 7617 South May Chicago, Illinois.

JAMES R. CHATTO
Special Agent
Federal Bureau of Investigation
Chicago, Illinois

Subscribed and sworn to
before me this 28 day
of May, 2003.

U.S. Magistrate Judge